THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMY CHRISTOPHER McWHORTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-791-WKW |
| ) | [WO] |
| F. KNIGHT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 12), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 30th day of December, 2008.

                                       /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE